IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08-50 M |
| ) | |
| DOUGLAS FIELDS and ) | |
| JAMIR RICHARDSON, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER TO UNSEAL**
**CRIMINAL COMPLAINT, AFFIDAVIT, ARREST WARRANT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint, Affidavit, Arrest Warrant and File in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-14-08

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge