**ORIGINAL**

# United States District Court

DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA
V.
Jamir Richardson

SEALED / UNSEALED 3/14

WARRANT FOR ARREST

CASE NUMBER: 08-50-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jamir Richardson___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Fraud

in violation of Title __18__ United States Code, Section(s) __1344__

U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE
2008 FEB 28 P 2:
RECEIVED

| Honorable Mary Pat Thynge | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 2/20/08  Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 3/14/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/14/08 | Mike Armstrong | [signature] |